AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>JONATHAN TRENT PATTERSON<br><br><br>*Defendant(s)* | )<br>)<br>) Case No. 8:22-mj-24<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 18, 2022, to May 30, 2022__ in the county of __Anderson__ in the _____ District of __South Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875(c) | Threat to Injure - unlawful to transmit in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another. |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_s/Erin F Carlisle_
Complainant's signature

Erin F. Carlisle, SA FBI
*Printed name and title*

Sworn to before me ᴠɪᴀ ᴛᴇʟᴇᴘʜᴏɴᴇ and signed ~~in my presence.~~

Date: June 2, 2022

City and state: Greenville, South Carolina

_Judge's signature_

JACQUELYN D. AUSTIN, U.S. Magistrate Judge
*Printed name and title*