IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 8:22-mj-24 |
| | ) | |
| vs. | ) | **ORDER FOR MENTAL** |
| | ) | **HEALTH EVALUATION** |
| JONATHAN TRENT PATTERSON | ) | |

This matter comes before the Court on motion of the Defendant's attorney for a mental health evaluation of the Defendant. The above-named Defendant is presently charged in this court with a violation of Title 18, United States Code Section 875(c).

It appears to the Court that a psychiatric or psychological examination of the Defendant should be ordered pursuant to Title 18, United States Code, Sections 4241 and 4247(b) and (c).

IT IS THEREFORE ORDERED:

(a) That the defendant be committed to a federal facility for such reasonable period of time as is necessary for the conduct of such examinations as are herein requested, such period not to exceed forty-five (45) days from the date of admission to the designated facility without further order of the court.

(b) That the United States Marshal is hereby authorized to transport the defendant, JONATHAN TRENT PATTERSON, to such federal facility.

(c) That such psychiatric or psychological examination referred to herein be for the purpose of (1) determining whether or not, at the time of the criminal conduct alleged

above, the defendant, as a result of a severe mental disease or defect, was unable to appreciate the nature and quality or the wrongfulness of his acts; and (2) determining whether or not the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

(d) That the examinations be conducted by a licensed or certified psychiatrist or psychologist as required by Title 18, United States Code, Section 4247(b).

(e) That upon completion of the examinations as herein requested, the examiner(s) prepare a full report, such report to include all of the following as required by Title 18, United States Code, Section 4247(c):

    (1) The defendant's history and present symptoms;

    (2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

    (3) the examiners' findings; and

    (4) the examiners' opinion as to diagnosis, prognosis, whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and whether the person was insane at the time of the offense charged, using as a definition of insanity the standards set out in paragraph (c).

(f) That the report herein requested be transmitted by electronic mail to the court at filingdocs_ecf_gren@scd.uscourts.gov and copies provided to William G. Yarborough,

III., Esq., counsel for the defendant, to 308 W Stone Ave, Greenville, SC 29609 (tel. 864-326-3026); and Assistant United States Attorney Max Cauthen, III., 55 Beattie Place, Suite 700, Greenville, SC 29601 (tel. 864-282-213), as provided in Title 18, United States Code, Section 4247(c).

    IT IS SO ORDERED.

June __8__, 2022

                                            _____
                                            JACQUELYN D. AUSTIN
                                            UNITED STATES MAGISTRATE JUDGE

Greenville, South Carolina