IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>vs. )<br>)<br>)<br>JONATHAN TRENT PATTERSON ) | CR. NO. 8:22-702<br>18 U.S.C. § 875(c)<br><br><br><br><br><br>**INDICTMENT** |

**RECEIVED**

AUG 09 2022

U.S. DISTRICT COURT
GREENVILLE, S.C.

## COUNT 1

THE GRAND JURY CHARGES:

On or about April 19, 2022, in the District of South Carolina and elsewhere, the Defendant, JONATHAN TRENT PATTERSON, knowingly and willfully did transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit: the Defendant sent an e-mail to employees of Anderson County School District 2, in Anderson, South Carolina, threatening to shoot up the school;

In violation of Title 18, United States Code, Section 875(c).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

On or about April 21, 2022, in the District of South Carolina and elsewhere, the Defendant, JONATHAN TRENT PATTERSON, knowingly and willfully did transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit: the Defendant sent an e-mail to employees of Anderson County School District 2, located in Anderson, South Carolina, threatening to shoot up the school;

In violation of Title 18, United States Code, Section 875(c).

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

On or about May 26, 2022, in the District of South Carolina and elsewhere, the Defendant, JONATHAN TRENT PATTERSON, knowingly and willfully did transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit: the Defendant sent a FaxZero to Belton Middle School, located in Belton, Missouri, threatening to shoot up the school;

In violation of Title 18, United States Code, Section 875(c).

## COUNT 4

THE GRAND JURY FURTHER CHARGES:

On or about May 26, 2022, in the District of South Carolina and elsewhere, the Defendant, JONATHAN TRENT PATTERSON, knowingly and willfully did transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit: the Defendant sent an e-mail to Tri-County Technical College, located in Pendleton, South Carolina, threatening to shoot up the school;

In violation of Title 18, United States Code, Section 875(c).

## COUNT 5

THE GRAND JURY FURTHER CHARGES:

On or about May 26, 2022, in the District of South Carolina and elsewhere, the Defendant, JONATHAN TRENT PATTERSON, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit: the Defendant sent a FaxZero to Trumbull Career and Technical Center, located in Ohio, threatening to shoot up the school;

In violation of Title 18, United States Code, Section 875(c).

## COUNT 6

THE GRAND JURY FURTHER CHARGES:

On or about May 27, 2022, in the District of South Carolina and elsewhere, the Defendant, JONATHAN TRENT PATTERSON, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit: the Defendant sent a FaxZero to Belton Elementary, located in Belton, South Carolina, threatening to shoot up the school;

In violation of Title 18, United States Code, Section 875(c).

## COUNT 7

THE GRAND JURY FURTHER CHARGES:

On or about May 27, 2022, in the District of South Carolina and elsewhere, the Defendant, JONATHAN TRENT PATTERSON, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit: the Defendant sent a FaxZero to Grace Abbott Elementary School, located in Omaha, Nebraska, threatening to shoot up the school;

In violation of Title 18, United States Code, Section 875(c).

## COUNT 8

THE GRAND JURY FURTHER CHARGES:

On or about May 29, 2022, in the District of South Carolina and elsewhere, the Defendant, JONATHAN TRENT PATTERSON, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit: the Defendant sent a FaxZero to T. L. Hanna High School, located in Anderson, South Carolina, threatening to shoot up the school;

In violation of Title 18, United States Code, Section 875(c).

## COUNT 9

THE GRAND JURY FURTHER CHARGES:

On or about May 31, 2022, in the District of South Carolina and elsewhere, the Defendant, JONATHAN TRENT PATTERSON, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit: the Defendant sent a FaxZero to Marshall Primary School, located in Belton, South Carolina, threatening to shoot up the school;

In violation of Title 18, United States Code, Section 875(c).

A <u>TRUE</u> Bill

REDACTED

FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: /s/ Max Cauthen

Max B. Cauthen, III (Fed. ID # 06732)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:   864-268-2100
Fax:   864-233-3158
Email: Max.Cauthen@usdoj.gov