RECORD OF GRAND JURY BALLOT

c/ 8:22-702

THE UNITED STATES OF AMERICA v. JONATHAN TRENT PATTERSON

(SEALED UNTIL FURTHER ORDER OF THE COURT)