IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

**NOTICE** of **Informal Telephone Status Conferences (with counsel only), for** the **Honorable Timothy M. Cain**, have been scheduled for September 7, 2022, at the times listed. **Proceedings will not be recorded.**

**U.S. Attorneys:** Initiate the phone call with defense counsel and once all parties are on the line, contact chambers via phone number at 864-261-2035

**Defense counsel:** Confer with your clients reporting to the court: the status of the case including discovery, whether you intend to file a written continuance motion, or schedule a guilty plea on September 8, 2022 If the defendant is requesting a jury trial, advise the court of the trial duration. **Current Term Jury Selection date September 12, 2022. Next term jury selection November 14, 2022.**

**11:00 AM**

| Case | Defendant | Attorneys |
|---|---|---|
| 8:21-490-1 | Dillinger Matson Bolden<br>Custody | Justin Holloway, AUSA<br>Tristan Shaffer, Ret. |
| 8:21-490-3 | Terrance Antonio Martin<br>Surety | Justin Holloway, AUSA<br>Ernie Hamilton, CJA |
| 8:21-490-4 | Kadarrius Ahmad Brownlee<br>Custody | Justin Holloway, AUSA<br>Bradley Bennett, CJA |
| 8:21-490-5 | Daiquon Jermaine Smith<br>Custody | Justin Holloway, AUSA<br>Alex Stalvey, CJA |
| 8:21-490-10 | Renardo Lakeith Reed<br>Custody | Justin Holloway, AUSA<br>Hannah Metcalfe, CJA |
| 8:21-490-11 | Montez Obrien Hatten<br>Custody | Justin Hollway, AUSA<br>Jack Read, CJA |

Hearing on magistrate bond appeal at 2:00 PM

| | | |
|---|---|---|
| 8:21-490-18 | Cory Damecus Brawner<br>Surety | Justin Hollloway, AUSA<br>David Plowden, CJA |

| | | |
|---|---|---|
| 8:21-490-19 | Rodney Gregory<br>Bond | Justin Holloway, AUSA<br>Stephanie Rainey, CJA |
| 8:21-490-20 | Tirrell Lamar Freeman<br>Bond | Justin Holloway, AUSA<br>James Griffin, Ret. |
| 8:21-490-21 | Haaseam Rashamel McCowan<br>Custody | Justin Holloway, AUSA<br>Derek Enderlin, CJA |
| 8:21-490-22 | Arturo Colis<br>Surety | Justin Holloway, AUSA<br>AnneMarie Odom, Ret. |
| 8:21-490-23 | Eric Scott<br>Custody | Justin Holloway, AUSA<br>Rauch Wise, |

**12:00 PM**

| | | |
|---|---|---|
| 8:22-702 | Jonathan Trent Patterson<br>Custody | Max Cauthen, AUSA<br>Bill Yarborough, Ret. |

Arraignment 8/25/22