**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ANDERSON DIVISION**

| | | |
|---|---|---|
| **United States of America,** | ) | **CASE NO.: 8:22cr702** |
| | ) | |
| **v.** | ) | |
| | ) | MOTION FOR HEARING TO SET BOND |
| **JONATHAN TRENT PATTERSON,** | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES the Defendant, Jonathan Trent Patterson, by and through his undersigned counsel, William G. Yarborough III, and would respectfully move this Honorable Court to grant a bond hearing.

On June 8, 2022, a Detention and Preliminary Hearing was held before Magistrate Judge Jacquelyn D. Austin. Defendant waived the Detention Hearing and a right to revisit was granted (ECF 20). Further, a mental health exam was ordered (ECF 25). The mental health evaluation has been completed. Defendant was transported back to South Carolina and is currently housed at the Spartanburg County Detention Center.

WHEREFORE, based on the foregoing, the Defendant moves that this Court to grant a bond hearing.

Respectfully Submitted,

s/William G. Yarborough
Attorney for the Defendant
308 West Stone Avenue
Greenville, SC 29609
(864) 331-1612
Bar #05192

Anderson, S.C.
September 9, 2022