IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

To All Parties Having Criminal Cases Listed Below: Please take notice that the following criminal cases have been **SCHEDULED** for hearing on September 21, 2022, at the times listed below, **before the HONORABLE Timothy M. Cain at the G. Ross Anderson, Jr. United States Courthouse and Federal Building, 315 South McDuffie Street, Anderson, SC.**

## ~~10:00 AM Sentencing~~

| | | |
|---|---|---|
| ~~8:21-166~~ | ~~Wendy Louise Lee~~ | ~~Bill Watkins, AUSA~~ |
| | ~~Bond~~ | ~~Beattie Ashmore, Ret.~~ |

## 11:00 AM Informal Telephone Conference

| | | |
|---|---|---|
| 8:22-702 | Jonathan Trent Patterson | Max Cauthen, AUSA |
| | Custody | Bill Yarborough, Ret. |

Phone instructions attached

## 2:00 PM Revocation

| | | |
|---|---|---|
| 6:19-655 | David Hill | Max Cauthen, AUSA |
| | Custody | Erica Soderdahl, AFPD |

## 3:00 PM Sentencing

| | | |
|---|---|---|
| 6:20-466-2 | Roosevelt Roshelle Hunt | Carrie Sherard, AUSA |
| | Bond | Cam Boggs, CJA |



**UNITED STATES DISTRICT COURT**
DISTRICT OF SOUTH CAROLINA

OFFICE OF THE CLERK
901 RICHLAND STREET
COLUMBIA, SOUTH CAROLINA 29201-2431
(803) 765-5816  FAX (803) 765-5960
www.scd.uscourts.gov

ROBIN L. BLUME
CLERK OF COURT

DIVISIONAL OFFICES

P O BOX 835
CHARLESTON, SC  29402
(843)579-1401 FAX 579-1402

300 East Washington, Rm  239
GREENVILLE, SC  29603
(864) 241-2700 FAX 241-2711

P O BOX 2317
FLORENCE, SC  29503
(843) 676-3820 FAX 676-3831

# Conference Call - Anderson Division

DATE: September 21, 2022

TIME: 11:00 AM

RE: 8:22-702 Jonathan Patterson

Follow these instructions to participate in AT&T's Reservationless Conferencing Service. AT&T's automated service provides recorded instructions to assist you in this process.

| STEP | ACTION |
|---|---|
| 1 | Dial (877)873-8017 to reach AT&T's conferencing service. |
| 2 | Enter the Access Code shown below followed by the pound sign (#):<br><br>ACCESS CODE: 8108522  (#) |
| 3 | Enter the following security code followed by the pound sign (#):<br><br>SECURITY CODE:09212022 (#) |
| 4 | After you hear 2 tones (a low tone followed by a high tone), you will be connected to the conference call. Announce your presence by stating your name.<br><br>For example: "This is John Doe." |

You should now be connected to the conference call. If you experience any problems, please contact the conference host at (864) 423-2194.