IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICAN | ) | CASE NO.: 8:22cr702 |
|  | ) |  |
| v. | ) |  |
|  | ) | **ORDER** |
| JONATHAN TRENT PATTERSON, | ) |  |
| Defendant | ) |  |
|  | ) |  |

The Defendant JONATHAN TRENT PATTERSON was admitted for a psychiatric evaluation and mental health exam pursuant to the Order of this Court on June 8, 2022, granting the Defendant's oral motion for a psychiatric exam.

Following the examination, a report was made to the Court by Warden F.J. Garrido on September 15, 2022, noting that the Defendant Patterson was found to be suffering from "a neurodevelopmental disability that impairs his legal understanding and decision-making, and his ability to properly aid in his defense." His diagnosis of Attention-Deficit Hyperactive Disorder (ADHD) and Autism Spectrum Disorder were found to "impair his rational understanding and ability to hypothetically reason through ways in which he can collaboratively work with his attorney on his defense." Dr. Lacie Biber further opined that his mental disease, Autism Spectrum Disorder in particular, "appears to impair his rational understanding of the case, and his ability to cooperate with counsel." It was reported that Defendant Patterson's prognosis depended upon "his ability to increase rational decision-making without the risk of purely acquiescing to whatever advice he is given" and that he would "likely benefit from education in the form of repetition regarding some domains of his legal circumstances."

1

This Court, having reviewed the psychiatric evaluation report, found the Defendant not competent to stand trial on September 23, 2022. Based on the evaluator's recommendation, it is hereby

ORDERED that JONATHAN TRENT PATTERSON be committed to the custody of the Attorney General pursuant to Title 18 U.S.C. § 4241(d) to be hospitalized in a suitable facility for a reasonable period of time, not to exceed 120 days, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the case to proceed.

It is further ORDERED that upon PATTERSON's assignment to and arrival at the designated Federal Medical Center, the Court be informed of his location and thereafter, within 120 days from the date of his arrival at the facility, a report be made to the Court on his mental competency, and if he is incompetent at the time, his prognosis for restoration to mental competency within a reasonable time.

It is further ORDERED that upon PATTERSON's assignment to and arrival at the designated Federal Medical Center, a Risk Assessment Report be made to the Court at the conclusion of PATTERSON'S examination period to determine if his release would create a substantial risk of bodily injury to another person or serious damage to property of another.

IT IS SO ORDERED.

The Honorable Kevin McDonald
UNITED STATES MAGISTRATE JUDGE

September 27, 2022
Anderson, South Carolina

2