IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 8:22-cr-702 TMC |
| | ) | |
| vs. | ) | |
| | ) | **STAUS REPORT** |
| JONATHAN TRENT PATTERSON | ) | |

Pursuant to the Court's order dated February 9, 2023, the government now files a status report as to the present location of the Defendant as it pertains to his evaluation. ECF # 57.

According to the United States Marshall's Office on March 14, 2023, the Defendant arrived at MCC Chicago on March 13, 2023. There he will undergo the restoration efforts.

Respectfully submitted,

ADAIR FORD BUROUGHS
UNITED STATES ATTORNEY

By: s/Max Cauthen, III
Max Cauthen, III
Assistant United States Attorney
DC# 6732
55 Beattie Place, Suite 700
Greenville, SC 29601

March 14, 2023