IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 8:22-702 |
| | ) | |
| vs. | ) | |
| | ) | |
| JONATHAN TRENT PATTERSON | ) | NOTICE OF APPEARANCE |

Assistant United States Attorney, Winston I. Marosek, hereby files this Notice of Appearance in the above-captioned case.

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

s/*Winston I. Marosek*
Winston I. Marosek (Fed. ID # 13189)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, South Carolina 29601
864-282-2100
winston.marosek@usdoj.gov

August 4, 2023