IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. <u>8:22-702</u> |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| JONATHAN TRENT PATTERSON | ) | |

### **ESSENTIAL ELEMENTS VIOLATION OF 18 U.S.C. § 875(c)**
**(Interstate Communications)**

For the crime of sending threatening interstate communications, the United States must prove the following essential elements beyond a reasonable doubt:

1. The Defendant knowingly transmitted a communication interstate or foreign commerce;

2. The Defendant subjectively intended the communication as a threat; and

3. The content of the communication contained a true threat to kidnap or injure the person of another.

### **MAXIMUM POSSIBLE PENALTY OF 18 U.S.C. § 875(c):**

1. Fine of $250,000.00 and/or

2. Imprisonment of 5 years, and

3. Supervised Release of 3 years, and

4. Special Assessment of $100.00