# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

**To All Parties Having Criminal Cases Listed Below:** Please take notice that the following criminal case has been **SCHEDULED** for a GUILTY PLEA on October 19, 2023, at the time listed below, **before the HONORABLE Timothy M. Cain at the G. Ross Anderson, Jr. United States Courthouse and Federal Building, 315 South McDuffie Street, Anderson, SC.**

10:00 AM    Guilty Plea and Possible Sentencing

| | | |
|---|---|---|
| 8:22cr702-1 | Jonathan Trent Patterson<br>**CUSTODY** | William Yarborough, III, Ret.<br>Winston Marosek, AUSA |