IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

UNITED STATES OF AMERICA

VS

CR NO. 8:22cr702-1

JONATHAN TRENT PATTERSON

# PLEA

The defendant, **JONATHAN TRENT PATTERSON**, having withdrawn his plea of Not Guilty, pleads **GUILTY** to Count(s) 1, 3 of the **Indictment** after arraignment in open court.

Date: 10/19/23
Anderson, South Carolina

_____
(Signed) Defendant